IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEBORAH LAUFER,                    *
                                   *
    Plaintiff,                     *
                                   *
        v.                         *     CV 620-105
                                   *
RICHMOND HILL HOSPITALITY, INC,    *
                                   *
    Defendant.                     *

_____

O R D E R

_____

Before the Court is Plaintiff Deborah Laufer's Notice of Voluntary Dismissal. (Doc. 4.) Because Defendant has neither answered the complaint nor moved for summary judgment, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 17th day of November, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA